# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2006

130342 & (132)

MICHIGAN CIVIL RIGHTS INITIATIVE,
     Plaintiff-Appellee,

v

BOARD OF STATE CANVASSERS,
     Defendant-Appellee,

and

CARL WILLIAMS, HASSAN ALEEM, and
PERCY HARRIS, JR.,
     Intervenors-Appellees,

and

OPERATION KING'S DREAM, EXIE CHESTER-
GRIFFIN, ROOSEVELT T. BRISTON, LILLIAN
A. CUMMINGS, NICOLE MCCOY, ALICIA
ROSE SPENCER, CHERYL THOMPSON,
LESLIE ATZMON, MONICA SMITH,
MARICRUZ LOPEZ, KATE STENVIG, LIANA
MULHOLLAND, ALISHIA STEWARD,
JOSEPH JOHNSON, JOHNATHAN CRUTCHER,
TURQUOISE WISE-KING, DENESHEA
RICHEY, IVAN ADAMS, RHIANNON
CHESTER, and CURTIS RAY,
     Intervenors-Appellants.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130342
COA: 264204

On order of the Court, the application for leave to appeal the October 31, 2005 judgment of the Court of Appeals and the motion for leave to file brief amicus curiae are considered. The motion to file brief amicus curiae is GRANTED. The application for leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2006

p0322

_____
Clerk